

# NUMBER 13-19-00319-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF F.L.B., A.C.B., J.G.B., E.B.M, CHILDREN

### On appeal from the 267th District Court
### of Victoria County, Texas.

## ORDER TO FILE APPELLEE'S BRIEF

**Before Justices Benavides, Hinojosa, and Perkes**
**Order Per Curiam**

This cause is before the Court on appellee's first motion for extension of time to file its brief in response to appellant's brief. This Court, having fully examined and considered appellee's motion, is of the opinion that, in the interest of justice, appellee's motion for extension of time to file its brief should be granted with this order.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals and include additional expedited

deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a), *reprinted in* TEX. GOV'T CODE ANN., tit.2, subtit. F app. The appellant's brief is due within 20 days after the later of the date the clerk's record was filed or the date the reporter's record was filed, and appellee's brief is due 20 days after the date the appellant's brief was filed. TEX. R. APP. P. 38.6(a), (b). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). In accordance with the limited time for consideration of these appeals, this Court requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by requests for extensions of time to file the brief. *See* TEX. R. APP. P. 38.6; *see also id.* R. 28.4.

Appellee's motion for extension of time to file its brief is hereby GRANTED, and appellee is hereby ORDERED to file its brief with this Court on September 30, 2019. No further motions for extension of time will be entertained by this Court, absent truly extraordinary circumstances alleged and supported by appropriate argument, authority, and any necessary evidence.

The Clerk of this Court is ORDERED to serve a copy of this order on Eric Tai, Appellate Attorney for the Texas Department of Family and Protective Services by email and by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
17th day of September, 2019.

2